■ In the Matter of FRED L. ABRAMSON, Petitioner, v GORDON F. URLACKER, as Chief of Police of the City of Rochester, Respondent.—Determination unanimously confirmed and petition dismissed, with costs. Memorandum: We find substantial evidence in the record to support respondent's determination that petitioner was guilty of all three charges brought against him: sexual harassment of an 18-year-old female fare, failure to take the most direct route, and failure to keep an accurate manifest, all arising from one incident (see, 300 Gramatan Ave. Assoc. v State Div. of Human Rights, 45 NY2d 176, 182).

Inasmuch as members of the public have a right to be free from sexual harassment when riding in taxicabs, we do not find the revocation of petitioner's license and hack plate shocking to our sense of fairness *(Matter of Pell v Board of Educ.,* 34 NY2d 222, 234). (Article 78 proceeding transferred by order of Supreme Court, Monroe County, Galloway, J.) Present—Denman, J. P., Green, Pine, Balio and Schnepp, JJ.